THE PEOPLE, on the relation of Dobbs, vs. DEAN, clerk of New-York Common Pleas.

A minor is incapable of holding a civil office within this state; but it belongs not to the officer whose duty it is to administer the oath of office to refuse to administer such oath.

THE relator has been appointed, since the first day of January instant, a commissioner of deeds in the city of New-York. On presenting himself before the clerk of the common pleas of New-York to take the oath of office, the clerk refused to administer the oath, on the ground that the relator was a minor within the age of 21, and therefore incompetent to hold the office. The relator applies for a mandamus directing the clerk to administer the oath.

*By the Court,* SAVAGE, Ch. J.  A minor and an alien are incapable of holding a civil office within this state, (1 Revised Statutes, 116, § 1;) but it is not the province of the officer to whom application is made to administer the oath of office to determine whether the person presenting himself is or is not capable of holding an office. It is the duty of such officer, on the production of the commission, to administer the

oath. If an appointment has been improvidently made, there is a legal mode in which it may be declared void. Let an alternative mandamus issue.